1  G.R. ISIDRO-ASSIGNEE OF RECORD
   1443 E. WASHINGTON BL., #233
2  PASADENA CA 91104
3  Phone #: 626-765-1145

FILED
CLERK, U.S. DISTRICT COURT
APR 10 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

4  **APPEARING IN PRO SE**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| **William G. Colson, Jr. & Dorothy R. Colson** | CASE NUMBER: MC13-00341 |
| Plaintiff(s) | |
| v. | |
| Samson Hair Restoration, LLC, Geoffrey D. Stiller, MD, Uplift Cosmetic Surgery, Laser & Skin Center, PLLC, Samson Medical Group, Professional Corporation & Samson Medical Group, Corporation. | **NOTICE OF AND ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT.** |
| Defendant(s) | |

COMES NOW, PLAINTIFF/S, **William G. Colson & Dorothy R. Colson**, in the above captioned matter, and moves the Court to hereby accept this Notice of and Assignment of Judgment. In support thereof, the following information is provided:

 1) THAT the original Judgment was entered on or about **07/29/2013**.

 2) THAT Judgment was entered in favor of Plaintiff/s and against Defendant/s, **Samson Hair Restoration, LLC, Geoffrey D. Stiller, MD, Uplift Cosmetic Surgery, Laser & Skin Center, PLLC, Samson Medical Group, Professional Corporation & Samson Medical Group, Corporation.**

 3) THAT the Court awarded a judgment in the total amount of **$1,077,765.42**.

 4) THAT there have been no renewals since the entry of said judgment by this Court and that Plaintiff/s has/have received **$00.00** of judgment from Defendant/s.

5) THAT **William G. Colson & Dorothy R. Colson**, at **208 Belle Rose Ct., Spartanburg SC 29301,** is/are the judgment creditor/s of record.

6) THAT the last address of record for the judgment debtor/s is/was respectively, **5805 Sepulveda Bl., Ste. 600, Van Nuys CA 91411 & 15315 Magnolia Boulevard, Suite 118, Sherman Oaks CA 91403.**

7) THAT I/we hereby authorize, without limitation, the transfer and assignment of all title, rights, interests and authority, and all other rights in law and/or equity be it past present or future, in said judgment to the following person:

**G.R. ISIDRO**

**1443 E. WASHINGTON BL., #233,**

**PASADENA CA 91104**

8) THAT I/we relinquish all claim of right/s in the above captioned matter to Assignee as a full and final assignment and pray the Clerk of the Court file this Notice of and Acknowledgement of Assignment in the above captioned case forthwith, so naming **G.R. ISIDRO** as Assignee of Record.

Signed this 27th day of March, 2020 at **Spartanburg, South Carolina.**

Signature: *William G. Colson Jr.*
**WILLIAM G. COLSON, JR.**

Signature: *Dorothy R. Colson*
**DOROTHY R. COLSON**

**JOHN BOND**
Notary Public - State of South Carolina
My Commission Expires December 11, 2025

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT -2-



GRI
1443 E. WASHINGTON BL., #233
PASADENA CA 91104



c p

EDWARD R. ROYBAL CENTER AND FEDERAL BUILDING
ATTENTION: Chris Powell/Derek.
255 E Temple St.,
Los Angeles, CA 90012

90012-333299