# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Philip S. Gutierrez

From: Daisy Rojas                    , Deputy Clerk    Date Received: April 2, 2021

Case No.: 2:13-mc-00341-UA       Case Title: William G. Colson, Jr., et al. v. Samson Hair Restoration, LLC

Document Entitled: Request for Order re: Service of Process by Registered Process Server

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ | Other: | Wrong Case Number. When the previous case number 2:13-mc-00341-UA was converted to 2:13-cv-08489-GHK, 2:13-mc-00341-UA was terminated. All documents for this action must be filed under case number 2:13-cv-08489-GHK. |

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____                    _____
Date                                       U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

April 22, 2021                             /s/ Philip S. Gutierrez
Date                                       U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

**COPY 1 -ORIGINAL-OFFICE**   **COPY 2 -JUDGE**   **COPY 3 -SIGNED & RETURNED TO FILER**   **COPY 4 -FILER RECEIPT**

CV-104A (06/13)                   NOTICE OF DOCUMENT DISCREPANCIES

1 G.R. Isidro - Assignee of Record
1443 E. Washington Blvd., #233
2 Pasadena CA 91104
(307) 312-0850
3 Appearing in Pro Se
4

## UNITED STATES DISTRICT COURT OF CALIFORNIA

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William G. Colson, Jr. & Dorothy R. Colson | Case No.: 2:13-mc-00341-UA |
| Plaintiff(s) | **REQUEST FOR ORDER RE: SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** |
| vs. | |
| Samson Hair Restoration, LLC, Geoffrey D. Stiller, MD, Uplift Cosmetic Surgery, Laser & Skin Center, PLLC, Samson Medical Group, Professional Corporation & Samson Medical Group Corporation | **Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure** |
| | [No Hearing Required] |
| Defendant(s). | |

G.R. ISIDRO, Assignee of record, hereby requests under the provisions of Rule 4.1(a) and 69 of the Federal Rules of Civil hereby requests C.M. Liang, Los Angeles County Registration Process Server Reg. No. 2018279690, Sarah Larios, San Bernardino County Registration Process Server Reg. No.1754, Patty Nicasio, Los Angeles County Registration Process Server Reg. No. 2015298622, Stephanie Jones, Orange County Registration Process Server Reg. No. 5049, or any registered process server who is at least 18 years of age, of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs and all additional process in the above case. The U.S. Marshal's Office will remain the levying officer.

Dated this 29 day of March, 2021.

_____
G.R. Isidro

Signed at _____, California.

- 1 -
REQUEST FOR ORDER RE: SERVICE OF PROCESS BY REGISTERED PROCESS SERVER

# UNITED STATES DISTRICT COURT OF CALIFORNIA

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William G. Colson, Jr. & Dorothy R. Colson<br><br>Plaintiff(s)<br><br>vs.<br><br>Samson Hair Restoration, LLC, Geoffrey D. Stiller, MD, Uplift Cosmetic Surgery, Laser & Skin Center, PLLC, Samson Medical Group, Professional Corporation & Samson Medical Group Corporation<br><br>Defendant(s). | Case No.: 2:13-mc-00341-UA<br><br>**REQUEST FOR ORDER RE: SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>**Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure**<br><br>**[No Hearing Required]** |

Based upon Assignee of Record's Request and Order of Service of Process by Registered Process Server, it is HEREBY ORDERED that C.M. Liang, Los Angeles County Registration Process Server Reg. No. 2018279690, Sarah Larios, San Bernardino County Registration Process Server Reg. No.1754, Patty Nicasio, Los Angeles County Registration Process Server Reg. No. 20152 98622, Stephanie Jones, Orange County Registration Process Server Reg. No. 5049, or any registered process server who is at least 18 years of age, of suitable discretion and not a party to the within action, be authorized and appointed to serve writs and all additional processes required in the above case, to the extent permitted by law. The U.S. Marshals Office will remain the levying officer.

IT IS SO ORDERED:

Date: _____       _____

United States Magistrate Judge

- 2 -
REQUEST FOR ORDER RE: SERVICE OF PROCESS BY REGISTERED PROCESS SERVER



ComBasPrice

FIRST-CLASS PKG
U.S. POSTAGE PAID
Shippo
ePostage

## USPS FIRST-CLASS PKG

S.W. LARIOS
4195 CHINO HILLS PARKWAY #552
CHINO HILLS CA 91709

Ship Date: 03/29/21
Weight: 4 oz

CV

UNITED STATES DISTRICT COURT
213-MC-00341-UA
CENTRAL DISTRICT OF CALIFORNIA / OFFICE
255 E TEMPLE ST RM 180
LOS ANGELES CA 90012-3332

USPS TRACKING # EP



9200 1901 7554 7700 0540 3663 40

 shippo



RECEIVED
CLERK, U.S. DISTRICT COURT
APR - 2 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY